(May 13, 1925.)

KOOTENAI POWER COMPANY, LTD., a Corporation, Appellant, v. PUBLIC UTILITIES COMMISSION OF IDAHO and THE CITY OF COEUR D'ALENE, a Municipal Corporation, Respondents.

[236 Pac. 735.]

PUBLIC UTILITIES COMMISSION—ORDER—REHEARING—APPEAL.

MOTION to dismiss appeal from order of Public Utilities Commission. *Denied.*

Robert H. Elder, for Appellant.

A. H. Conner, Attorney General, James L. Boone, Assistant Attorney General, and Chas. P. McCarthy, for Respondents.

WM. E. LEE, J.—This cause was submitted on the argument made in *Consumers' Company, Ltd., v. Public Utilities Commission, ante,* p. 772, 236 Pac. 732. In so far as the motion to dismiss the appeal is concerned the two causes are so similar as not to require a separate opinion in this cause. On the authority of the Consumers' Company case, *ante,* p. 772, 236 Pac. 732, the motion is denied.

Budge and Givens, JJ., concur.

Taylor, J., dissents.